36 A.3d 103

**Yakoub SMITH, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 100 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 3, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**